

Andrew M. J. Bernstein, Esq.
Partner
Direct T 212.209.4452
abernstein@atllp.com

## MEMORANDUM ENDORSED

October 13, 2022

**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

RE: **USA v. Gibson, et al.**
**22 Cr. 173 (GHW)**

Dear Judge Woods,

As the Court is aware I am the CJA-appointed counsel for defendant Johnny Gibson in the above captioned matter. I write the Court to request an extension of time for Mr. Gibson to satisfy his bond conditions.

The deadline for Mr. Gibson to satisfy his bond conditions is today, October 13, 2022. This is the first request for an extension of time. Yesterday, October 12, 2022, Mr. Gibson's two proposed co-signers were interviewed by the Government, and one was approved. Mr. Gibson has identified additional potential co-signers. After consultation with the Government, it is my understanding that given the volume of the Government's obligations more time is required in order to schedule an additional interview for a second potential co-signer. Accordingly, I am requesting a two-week extension of time to satisfy the bond conditions in order to have a second financially responsible person co-sign the bond. The Government consents to this request.

If the Court has any further questions, please feel free to reach out to my office.

Respectfully Submitted,

*[signature]*

Andrew M. J. Bernstein
*Partner*
ARMSTRONG TEASDALE LLP

*Counsel for Defendant Johnny Gibson*

Application granted. The deadline for the defendant to satisfy his bond conditions is extended to October 27, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18

SO ORDERED.

Dated: October 13, 2022
New York, New York

*[signature]*
GREGORY H. WOODS
United States District Judge

ARMSTRONG TEASDALE LLP | 7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036 T 212.209.4400   ArmstrongTeasdale.com