

**Andrew M. J. Bernstein, Esq.**
Partner
Direct **T** 212.209.4452  **F** 314.621.4070
abernstein@atllp.com

December 9, 2022

# MEMORANDUM ENDORSED

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

Re:  **USA v. Johnny Gibson, et al.,**
     **22 Cr. 173 (GHW)**

Dear Judge Woods:

As the Court is aware, I am the CJA-appointed attorney for the defendant Johnny Gibson in the above-captioned matter. I write to request a modification of Mr. Gibson's bail conditions to allow him to attend the funeral of his mother Dena Moore, who passed away unexpectedly on December 8, 2022 and the related services and family gatherings.

Specifically, defense counsel is requesting a 2-week modification, starting December 9, 2022 to remove Mr. Gibson's home incarceration term and replace it with a curfew to be prescribed by Pretrial Services.

Mr. Gibson is currently supervised by Pretrial Services Officer Ashley Cosme. The Government and Pretrial consents to this proposed bail modification.

If the Court has any questions, please feel free to reach out to my office.

Thank you.

Application granted.  The Court extends its condolences. The conditions of Mr. Gibson's pretrial release are modified as follows:  from December 9, 2022 through December 25, 2022, the condition of Mr. Gibson's pretrial release requiring home incarceration is replaced with a condition requiring compliance with a curfew to be established by pretrial services, subject to location monitoring in a manner to be prescribed by pretrial services.  The home incarceration condition will be automatically restored on December 26, 2022.  All other conditions of Mr. Gibson's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

Respectfully,

*/s/ Andrew M. J. Bernstein*
Andrew M. J. Bernstein
*Partner*
ARMSTRONG TEASDALE LLP

*Counsel for Defendant Johnny Gibson*

SO ORDERED.
Dated:  December 9, 2022

_____
GREGORY H. WOODS
United States District Judge