

**Partner**
Direct **T** 212.209.4452  **F** 314.621.4070
abernstein@atllp.com

January 27, 2023

## MEMORANDUM ENDORSED
**BY ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/30/2023
```

RE: **USA v. Gibson**
22 Cr. 173 (GHW)

Dear Judge Woods:

As the Court is aware, I am the CJA-appointed counsel for the defendant, Johnny Gibson, in the above-captioned matter.  The Court has scheduled a status conference in the matter for February 10, 2023.  I will be on parental leave at that time.  Accordingly, I respectfully request permission for Emily M. Burgess, an associate at my firm, to appear on my behalf at the status conference scheduled for February 10, 2023.

The Government has no objection to this request.

Thank you for your attention this matter.

Respectfully Submitted,

Andrew M. J. Bernstein
*Partner*
ARMSTRONG TEASDALE LLP

*Counsel for Defendant Johnny Gibson*

The Court is willing to approve the appearance of an associate of Mr. Bernstein at the conference, subject to compliance with Section VIII(A) of the Court's CJA Plan, which the Court understands to require written consent of the defendant, or that the defendant provide consent on the record at the conference.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 30.

SO ORDERED.

Dated: January 30, 2023
New York, New York

GREGORY H. WOODS
United States District Judge